**Order filed, May 20, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00204-CV

_____

**CCC GROUP, INC., Appellant**

**V.**

**ENDURO COMPOSITES, INC., Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-18092**

---

## ORDER

The reporter's record in this case was due **April 11, 2019**. *See* Tex. R. App. P. 35.1. On April 15, 2019, this court granted the court reporter's motion for extension of time to file the record until **May 13, 2019**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **My-Thuy Cieslar and Sheila Skidmore**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.  No further extension will be entertained absent exceptional circumstances.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **My-Thuy Cieslar and Sheila Skidmore** do not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM